**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Eva Garcia v. Gustavo Gallardo

Appellate case number:   01-22-00029-CV

Trial court case number:  2020-55783

Trial court:                   246th District Court of Harris County

      Appellant, Eva Garcia, has filed a notice of restricted appeal of the trial court's default judgment in a suit affecting the parent-child relationship.  Appellee, Gustavo Gallardo, has filed a motion to dismiss the appeal, asserting that appellant failed to comply with the deadline for filing a notice of restricted appeal and that appellant timely filed a post-judgment motion.  *See* TEX. R. APP. P. 26.1(c), 30.  The motion to dismiss the appeal is **denied.**

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date:  April 19, 2022